Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:   19−16879−SLM
          Chapter:   13
          Judge:   Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Suppa
   28 Underwood Road
   Montville, NJ 07045

Social Security No.:
   xxx−xx−3660

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

**51** − Creditor's Certification of Default (related document:42 Motion for Relief from Co−Debtor Stay of Anthony Suppa, Jr. filed by Creditor U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2, Motion for Relief from Stay re: 28 Underwood Road, Montville NJ. Fee Amount $ 181., 47 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2. Objection deadline is 12/3/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**52** − Certification in Opposition to Creditor's Certification of Default (related document:51 Creditor's Certification of Default (related document:42 Motion for Relief from Co−Debtor Stay of Anthony Suppa, Jr. filed by Creditor U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2, Motion for Relief from Stay re: 28 Underwood Road, Montville NJ. Fee Amount $ 181., 47 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2. Objection deadline is 12/3/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2) filed by David E. Sklar on behalf of Linda Suppa. (Sklar, David)

Dated: 12/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court