Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−16879−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Linda Suppa
    28 Underwood Road
    Montville, NJ 07045

Social Security No.:
    xxx−xx−3660

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

*51* − Creditor's Certification of Default (related document:42 Motion for Relief from Co−Debtor Stay of Anthony Suppa, Jr. filed by Creditor U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2, Motion for Relief from Stay re: 28 Underwood Road, Montville NJ. Fee Amount $ 181., 47 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2. Objection deadline is 12/3/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*52* − Certification in Opposition to Creditor's Certification of Default (related document:51 Creditor's Certification of Default (related document:42 Motion for Relief from Co−Debtor Stay of Anthony Suppa, Jr. filed by Creditor U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2, Motion for Relief from Stay re: 28 Underwood Road, Montville NJ. Fee Amount $ 181., 47 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2. Objection deadline is 12/3/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005−2, Adjustable Rate Mortgage−Backed Pass Through Certificates, Series 2005−2) filed by David E. Sklar on behalf of Linda Suppa. (Sklar, David)

Dated: 12/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

Case 19-16879-SLM    Doc 54    Filed 12/06/19    Entered 12/08/19 00:40:39    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16879-SLM
Linda Suppa                                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 04, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db             +Linda Suppa,    28 Underwood Road,    Montville, NJ 07045-9325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
          David E. Sklar    on behalf of Debtor Linda  Suppa dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass Through Certificates,
           Series 2005-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass Through Certificates,
           Series 2005-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5