UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 23, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

      The Court having determined that the final decree was entered prematurely in this case on _____ and should be vacated for the reason stated below:

- ❏     Debtor has not yet been discharged

- ❏     Adversary Proceeding number _____ is pending

- ❏     Other: _____
                  _____
                  _____

      IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*