Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  19−16879−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Linda Suppa
　　28 Underwood Road
　　Montville, NJ 07045

Social Security No.:
　　xxx−xx−3660

Employer's Tax I.D. No.:

_____

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

　　　　Notice is hereby given that a Plan was confirmed in this matter on July 16, 2019.

　　　　On 6/9/2020 the debtor filed a modification to the Plan.

　　　　Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:　　　　　　　　July 8, 2020
Time:　　　　　　　　　08:30 AM
Location:　　　　　　　Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

　　　　Accordingly, notice is hereby given that,

1.　　　Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
　　　　a written rejection to the modified plan.

2.　　　Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
　　　　of a secure claim, such holders acceptance or rejection of the Plan before modification will
　　　　be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
　　　　holders acceptance or rejection of the Plan within the time fixed.

3.　　　**If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
　　　　**the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 11, 2020
JAN: smz


　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16879-SLM
Linda Suppa                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jun 11, 2020
                             Form ID: 185             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2020.
db            +Linda Suppa,    28 Underwood Road,    Montville, NJ 07045-9325
cr            +Specialized Loan Servicing, LLC,    P.O. Box 340514,   Tampa, FL 33694-0514
518163552     +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
               Mount Laurel, NJ 08054-3437
518300071     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518163553     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S> Bank, N.A.,    425 Walnut Street,   Cincinnati, OH 45202)
518163554      Wells Fargo,    Default Document Processing,    MAC#N9286-01Y,   1000 Blue Gentian Road,
               Saint Paul, MN 55121-7700
518163555     +Wells Fargo Bank, N.A.,    420 Montgomery Street,    Attn: Bankruptcy Dept.,
               San Francisco, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2020 23:06:35     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2020 23:06:32     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518300629      E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2020 23:06:31
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
                                                                                         TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2020 at the address(es) listed below:
          David L. Stevens   on behalf of Debtor Linda  Suppa dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass Through Certificates,
           Series 2005-2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Gavin  Stewart   on behalf of Creditor   Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
          John J. Scura, III   on behalf of Debtor Linda  Suppa jscura@scura.com,
           ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
           8@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass Through Certificates,
           Series 2005-2 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7