Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16879−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Linda Suppa
  28 Underwood Road
  Montville, NJ 07045

Social Security No.:
  xxx−xx−3660

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/20 at 10:00 AM

to consider and act upon the following:

**91** − Creditor's Certification of Default (related document:57 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 06/23/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**99** − Certification in Opposition to Creditor's Certification of Default (related document:91 Creditor's Certification of Default (related document:57 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 06/23/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David L. Stevens on behalf of Linda Suppa. (Attachments: # 1 Exhibit Check) (Stevens, David)

Dated: 6/23/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court