UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**



Order Filed on July 8, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  LINDA SUPPA

Case No.:  19-16879SLM

Hearing Date:  7/8/2020

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: July 8, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  19-16879SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 07/08/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $3,731.00 by 7/22/2020 or the case will be dismissed at 7/22/2020 hearing; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 7/22/2020 at 8:30 a.m.