| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Marie-Ann Greenberg MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** <br><br> IN RE: <br>    LINDA SUPPA | Order Filed on July 22, 2020 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No.:  19-16879 <br><br> Hearing Date:  07/22/2020 <br><br> Judge:  STACEY L. MEISEL |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: July 22, 2020

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  LINDA SUPPA

Case No.:  19-16879SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 07/22/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 7/22/2020 of the plan filed on 06/09/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 08/05/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.