Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−16879−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Suppa
   28 Underwood Road
   Montville, NJ 07045

Social Security No.:
   xxx−xx−3660

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on July 16, 2019.

   On 08/05/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  September 9, 2020
Time:                08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 6, 2020
JAN: sjp

                                                                                                                          Jeanne Naughton
                                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Linda Suppa  
    Debtor

Case No. 19-16879-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 06, 2020  
                     Form ID: 185      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.
```
db           +Linda Suppa,   28 Underwood Road,    Montville, NJ 07045-9325
cr           +Specialized Loan Servicing, LLC,   P.O. Box 340514,    Tampa, FL 33694-0514
518163552    +Phelan, Hallinan, Diamond & Jones, LLP,   400 Fellowship Road, ste. 100,
               Mount Laurel, NJ 08054-3437
518300071    +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518163553    +U.S> Bank, N.A.,   425 Walnut Street,    Cincinnati, OH 45202-3930
518163554     Wells Fargo,   Default Document Processing,    MAC#N9286-01Y,   1000 Blue Gentian Road,
               Saint Paul, MN 55121-7700
518163555    +Wells Fargo Bank, N.A.,   420 Montgomery Street,    Attn: Bankruptcy Dept.,
               San Francisco, CA 94104-1298
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2020 00:27:59     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2020 00:27:56     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518300629     E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2020 00:27:51
               Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA 98083-0657
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
```
              Carlos D Martinez    on behalf of Debtor Linda  Suppa cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              David L. Stevens    on behalf of Debtor Linda  Suppa dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass Through Certificates,
               Series 2005-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
              John J. Scura, III    on behalf of Debtor Linda  Suppa jscura@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass Through Certificates,
               Series 2005-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```