**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   LINDA SUPPA

Order Filed on December 9, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-16879 SLM

Hearing Date:  12/9/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 9, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): LINDA SUPPA

Case No.: 19-16879

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/09/2020 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $6,570.00 to the Trustee's office by 12/9/2020 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must become current through December 2020 by 12/31/2020 or the case will be dismissed; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney.

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br>     LINDA SUPPA |

Case No.:  19-16879 SLM

Hearing Date:  12/9/2020

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): LINDA SUPPA

Case No.: 19-16879

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/09/2020 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $6,570.00 to the Trustee's office by 12/9/2020 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must become current through December 2020 by 12/31/2020 or the case will be dismissed; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney.