| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 23, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   LINDA SUPPA | Case No.:  19-16879 SLM<br><br>Hearing Date:  6/22/2022 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 23, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): LINDA SUPPA

Case No.: 19-16879

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/22/2022 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay the Trustee $10,000 and/or provide proof of payment by 6/30/2022 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney.; and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $6514.92 by 7/31/2022 or the case will be dismissed upon certification of the Trustee with 14 days' notice to debtor(s) and debtor's attorney.