UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

AA 🔒 ntmentandpayment.truist.com ⟳

## Make A Payment

1. Accept Terms & Conditions | 2. Confirm Payment Details | **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 09 Nov 2022, $ 5,002.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 8817228 |
| Payer Name: | Linda Suppa |
| Payer Email Address: | |
| Online Payment ID: | 19168793660 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 07 Nov 2022 |
| Payment Date: | 08 Nov 2022 |
| Payment Effective Date: | 09 Nov 2022 |
| Payment Amount: | $ 5,000.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 5,002.00** |

Please note, this payment will show as two separate debits to your banking account in the amounts of $ 5,000.00 and $ 2.00

Close Window    Print