Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−16879−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Suppa
   28 Underwood Road
   Montville, NJ 07045

Social Security No.:
   xxx−xx−3660

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/25/23 at 10:00 AM

to consider and act upon the following:

*182 −* Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by
Marie−Ann Greenberg. Objection deadline is 10/9/2023. (Attachments: # 1 30 DAY DEFAULT − PROPOSED
ORDER) (Greenberg, Marie−Ann)

*184 −* Certification in Opposition to (related document:182 Certification of Default of Standing Trustee. re: Debtors
failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/9/2023.
(Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by
Paul Evangelista on behalf of Linda Suppa. (Evangelista, Paul)

Dated: 10/10/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-16879-SLM

Linda Suppa                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Oct 10, 2023                  Form ID: ntchrgbk                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

**Recip ID**              **Recipient Name and Address**
db                          +  Linda Suppa, 28 Underwood Road, Montville, NJ 07045-9325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Linda Suppa cmartinez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;bramirez@scura.com;spereyra@scura.com;14817@notices.nextchapterbk.com |
| David L. Stevens | on behalf of Debtor Linda Suppa dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee for Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |

District/off: 0312-2                             User: admin                             Page 2 of 2
Date Rcvd: Oct 10, 2023                          Form ID: ntchrgbk                        Total Noticed: 1

Jamal J Romero
                      on behalf of Debtor Linda Suppa jromero@scura.com
                      dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scu
                      ra.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

John J. Scura, III
                      on behalf of Debtor Linda Suppa jscura@scura.com
                      ecfbkfilings@scuramealey.com;dstevens@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr938
                      78@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;

Kevin Gordon McDonald
                      on behalf of Creditor U.S. Bank National Association  as Trustee for Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate
                      Mortgage-Backed Pass Through Certificates, Series 2005-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                      magecf@magtrustee.com

Paul Evangelista
                      on behalf of Debtor Linda Suppa pevangelista@scura.com
                      pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@sc
                      ura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10